# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Kory Washington Hines,<br><br>Debtor. | Case No. 26-41123<br><br>Chapter 13 |

### ORDER GRANTING LACKLAND GARDEN, LTD'S MOTION
### FOR RELIEF FROM AUTOMATIC STAY

CAME ON FOR CONSIDERATION the *Motion for Relief from Automatic Stay* ("Motion") filed by Lackland Garden, LTD ("Movant") concerning real property located at 3211 Lackland Road, Unit 56, Fort Worth, Texas 76116 (the "Lease"). The Court, having reviewed the Motion, the Declaration of Gloria Valdez, any responses or objections filed, and having considered the arguments of counsel, finds that good cause exists and that the Motion should be GRANTED. It is therefore **ORDERED, ADJUDGED, AND DECREED** that:

26-41123, Order Granting Motion for Relief

1. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby TERMINATED as to Movant and the real property located at 3211 Lackland Road, Unit 56, Fort Worth, Texas (the "Property").

2. Movant is authorized to exercise all rights and remedies available under applicable nonbankruptcy law with respect to the Property, including eviction proceedings and recovery of possession of the premises.

3. Pursuant to Bankruptcy Rule 4001(a)(3), this Order shall be effective immediately upon entry, and the fourteen (14) day stay is hereby waived for cause, including the risk of continued nonpayment, the Debtor's inability to cure the arrearage, and the impending expiration of the Lease term.

IT IS SO ORDERED.

### END OF ORDER ###

Prepared By:

Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Fax: (817) 524-6686
Counsel for Movant

26-41123, Order Granting Motion for Relief