Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Movant

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re: | |
| Kory Washington Hines, | Case No. 26-41123 |
| Debtor. | Chapter 13 |

### NOTICE OF HEARING

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that a preliminary hearing on *Lackland Garden LTD's Motion for Relief from the Automatic Stay* (Dkt. 15) has been set for **Wednesday, May 13, 2026, at 9:30 a.m.**, before the Honorable Edward L. Morris, United States Bankruptcy Judge, Room 204, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 via WebEx, information below:

**For WebEx Video Participation/Attendance:**
**Link: https://us-courts.webex.com/meet/morris**
**For WebEx Telephonic Only Participation/Attendance:**
**Dial-In: 1.650.479.3207**
**Meeting ID: 2309 445 3213**
**For Webex instructions, please see:**
**https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0**

DATE: April 14, 2026.

Respectfully Submitted,

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St., Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Movant

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, a true and correct copy of the above and foregoing document shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

*Via CM/ECF to Counsel for Debtor: Misty Vene Sheffield, 860 Airport Freeway, Suite 401, Hurst, TX 76054*

*Via US Mail to Debtor: 3211 Lackland Road, Unit 56, Fort Worth, TX 76116*

*Via CM/ECF to Chapter 13 Trustee: Pam Bassel, 860 Airport Freeway, Suite 150, Hurst, TX 76054*

*Via CM/ECF to US Trustee: United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75202*

By: __/s/ Clayton L. Everett____