**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                    CASE NO: 26-41123-ELM-13

**KORY WASHINGTON HINES**
    3211 LACKLAND RD 56
    FORT WORTH, TX 76116
    SSN/TIN: XXX-XX-6059

**DEBTOR**                                                    HEARING: JUNE  4, 2026  AT 8:30 AM

### NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone**:

Dial In: 1.650.479.3207
Meeting ID: 2309-445-3213

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:  /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

Allstate Insurance Company,  2014 FM 407 Ste 106,  Highland Village, TX  75067-0000

ARIVO ACCEPTANCE LLC,  4770 S 5600 W STE 200,  WEST VALLEY CITY, UT  84118-0000

ARIVO ACCEPTANCE LLC,  102 MOTOR PARK AVE,  SANDY, UT  84070-0000

ATTORNEY GENERAL OF TEXAS,  PO BOX 12017,  AUSTIN, TX  78711

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

AutoMax,  200 N Collins St,  Arlington, TX  76011

BOOST MOBILE,  PO BOX 6463,  CAROL STREAM, IL  60197-0000

Capital One,  PO Box 71083,  Charlotte, NC  28272

CHIME,  PO BOX 417,  SAN FRANCISCO, CA  94104-0000

FIRST PREMIER BANK,  601 S MINNESOTA AVE,  ***BAD ADDRESS***,  SIOUX FALLS, SD  57104-0000***

Genesis Credit Management,  Attn Bankruptcy,  PO Box 3630,  Everett, WA  98213

IC SYSTEMS,  PO BOX 64444,  ST PAUL, MN  55164-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

Lackland Garden LTD,  3045 Lackland Rd,  Fort Worth, TX  76116-0000

Lackland Garden LTD,  3223 Lackland Rd,  Fort Worth, TX  76116-0000

LINEBARGER GOGGAN BLAIR AND SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

LVNV Funding LLC,  c o Resurgent Capital Services,  PO Box 1269,  Greenville, SC  29602

NATIONAL CREDIT SYSTEM,  3750 NATURALLY FRESH BLVD,  ***BAD ADDRESS***,  ATLANTA, GA  30349-0000***

National Service Bureau, Inc,  PO Box 747,  Bothwell, WA  98041-0000

NTTA,  PO Box 660244,  Dallas, TX  75266

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

RICK D BARNES TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-000(

Sergio L De Leon,  Justice of the Peace Precinct Five,  401 W Belnap Street Room B060,  Fort Worth, TX  76196-0000

SPRING OAKS CAPITAL SPV,  PO BOX 1216,  CHESAPEAKE, VA  23327

SUNBIT INC,  ATTN LEGAL AND COMPLIANCE,  PO BOX 24010,  LOS ANGELES, CA  90024

SWC Group,  4120 International Parkway #100,  Carrollton, TX  75007

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  101 E 15TH ST, RM 556,  AUSTIN, TX  78778-0000

UNITED STATES ATTORNEY,  1100 COMMERCE ST 3RD FLOOR,  DALLAS, TX  75242

US DEPT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530

WILCOX LAW PLLC,  PO BOX 201849,  ARLINGTON, TX  76006-0000

***Address on record invalid for recipient -- no document mailed to this party.