PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                                          CASE NO.: 26-41123-ELM-13

**KORY WASHINGTON HINES**
**3211 LACKLAND RD 56**
**FORT WORTH, TX 76116**
**SSN/TIN: XXX-XX-6059**
**AKA: KORY W HINES**

**DEBTOR**                                                        HEARING: JUNE  4, 2026 AT  8:30 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

   NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Objection to Confirmation.  Trustee would respectfully show the Court:

   Trustee is unable to determine if the Plan meets the requirements of Sections 1322 and 1325 because:

   Kory Washington Hines did not appear for the 341 Meeting of Creditors on 4/21/2026.

   WHEREFORE, Trustee prays that confirmation be DENIED and for general relief.

                                                                Respectfully submitted,

                                        By:     /s/ Ethan S. Cartwright
                                                Ethan S. Cartwright, Staff Attorney
                                                Bar No. 24068273
                                                PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                Bar No. 01344800
                                                860 Airport Freeway, Ste 150
                                                Hurst, TX 76054
                                                (817) 916-4710 Phone

### CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

                                        By:     /s/ Ethan S. Cartwright
                                                Ethan S. Cartwright

   KORY WASHINGTON HINES
   3211 LACKLAND RD 56
   FORT WORTH, TX 76116