**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**                                                                                    **Case No.: 26-41123-ELM-13**

    **KORY WASHINGTON HINES**
       AKA: KORY W HINES
       3211 LACKLAND RD 56
       FORT WORTH, TX 76116
       SSN/TIN: XXX-XX-6059

**DEBTOR**                                                          **HEARING: JUNE  4, 2026  AT 8:30 AM**

**TRUSTEE'S  NOTICE OF INTENT TO**
**CERTIFY CASE FOR DISMISSAL IN SEVEN DAYS FOR FAILURE TO ATTEND MEETING OF CREDITORS**

THIS CASE MAY BE DISMISSED WITHOUT PREJUDICE, FURTHER NOTICE, OR A HEARING UNLESS THE DEFAULTS OR DEFICIENCIES IDENTIFIED BELOW ARE CURED IN SEVEN DAYS.

    After seven days from April 22, 2026, Trustee will certify this case for dismissal because Debtor Kory Washington Hines did not attend the Section 341 Meeting of Creditors.

**NOTICE OF HEARING**

    If unresolved, this matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone**:

Dial In: 1.650.479.3207
Meeting ID: 2309-445-3213

                       Respectfully submitted,

By:    /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

Kory Washington Hines
3211 Lackland Rd 56
Fort Worth, TX  76116

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
Ethan S. Cartwright

KORY WASHINGTON HINES
3211 LACKLAND RD 56
FORT WORTH, TX  76116