Misty  Vene Sheffield
State Bar No. 24067034
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
Telephone: 214-265-0123
Facsimile:  214-265-1979
ATTORNEY FOR DEBTOR(S)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 26-41123-13** |
| | § | **CHAPTER 13** |
| **KORY WASHINGTON HINES** | § | |
| | § | **HEARING DATE AND TIME:** |
| **Debtor** | § | **May 13, 2026 @ 9:30 AM** |

**DEBTOR'S UNOPPOSED RESPONSE TO MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW KORY WASHINGTON HINES, (hereinafter referred to as "Debtor" whether singular or plural) and filed this Unopposed Response to the MOTION FOR RELIEF FROM STAY of LACKLAND GARDEN, LTD ("Movant") and in regard to the collateral referenced in said Motion, Respondent respectfully shows:

1. Debtor is unopposed to the MOTION FOR RELIEF FROM STAY filed by Movant.

WHEREFORE, PREMISES CONSIDERED, Respondent prays for the relief requested and for such other and further relief as the Court may deem just and appropriate.

Dated: April 27, 2026.

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ *Misty  Vene Sheffield*
Misty  Vene Sheffield
State Bar No. 24067034
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
Telephone: 214-265-0123
Facsimile:  214-265-1979
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 27, 2026, a true and correct copy of the foregoing

*Unopposed Response to Motion For Relief From Stay* was served on the following parties in interest by

first class mail:

**CHAPTER 13 TRUSTEE:**
Pam Bassel
860 Airport Freeway Suite 150
Hurst, TX 76054

**U.S. TRUSTEE:**
1100 Commerce Street
Dallas, TX 75202

**DEBTOR:**
Kory Washington Hines
3211 Lackland Road 56
Fort Worth, TX 76116

**OPPOSING COUNSEL:**
Clayton L. Everett
515 E. Border Street
Arlington, Texas 76010


By: /s/ *Misty Vene Sheffield*
Misty Vene Sheffield
State Bar No. 24067034