

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 2, 2026**

_____

**United States Bankruptcy Judge**

_____

## United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Kory Washington Hines,<br><br>Debtor. | Case No. 26-41123<br><br>Chapter 13 |

### UNOPPOSED ORDER GRANTING LACKLAND GARDEN, LTD'S
### MOTION FOR RELIEF FROM AUTOMATIC STAY

CAME ON FOR CONSIDERATION the *Motion for Relief from Automatic Stay* ("Motion") filed by Lackland Garden, LTD ("Movant") concerning real property located at 3211 Lackland Road, Unit 56, Fort Worth, Texas 76116. The Court, having reviewed the Motion, the Declaration of Gloria Valdez, and the Debtor's unopposed response, finds cause to grant the Motion as unopposed.

26-41123, Unopposed Order Granting Motion for Relief

It is therefore **ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is GRANTED and the automatic stay imposed by 11 U.S.C. § 362(a) is hereby MODIFIED to permit Movant to exercise any and all of its rights and remedies under contract and applicable nonbankruptcy law with respect to the real property located at 3211 Lackland Road, Unit 56, Fort Worth, Texas 76116 (the "Property").

2. The stay provided by Bankruptcy Rule 4001(a)(4) is hereby waived for cause and this Order shall be effective immediately upon entry.

IT IS SO ORDERED.

### END OF ORDER ###

26-41123, Unopposed Order Granting Motion for Relief