**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                   CASE NO.: 26-41123-ELM-13

**KORY WASHINGTON HINES**
**3211 LACKLAND RD 56**
**FORT WORTH, TX 76116**
**SSN/TIN: XXX-XX-6059**
**AKA: KORY W HINES**

**DEBTOR**                                          **HEARING: JULY 2, 2026 AT 8:30 AM**

### NOTICE OF OBJECTION TO CLAIM

The Chapter 13 Trustee has filed an objection to your claim in this bankruptcy case. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.** If you do not want the court to eliminate or change your claim, then on or before 30 days from the date of service hereof, you or your lawyer must:

1.  File with the court a written response to the objection, explaining your position, at: ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643. If you mail your response to the court for filing, you must mail it early enough so that the court will receive it by your response deadline;

2.  You must also send a copy to: Pam Bassel Standing Chapter 13 Trustee 860 Airport Freeway, Ste 150, Hurst, TX, 76054 and any other party entitled to notice under the Federal Rules of Bankruptcy Procedure; and

3.  Attend the hearing on the objection scheduled to be held on 7/2/2026 at 8:30 AM.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                    CASE NO.: 26-41123-ELM-13

**KORY WASHINGTON HINES**
**3211 LACKLAND RD 56**
**FORT WORTH, TX 76116**
**SSN/TIN: XXX-XX-6059**
**AKA: KORY W HINES**

**DEBTOR**                                        **HEARING: JULY  2, 2026 AT 8:30 AM**

### TRUSTEE'S OBJECTION TO PROOF OF CLAIM

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION TO CLAIM UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS AT LEAST 30 DAYS FROM THE DATE OF SERVICE HEREOF.  IF A RESPONSE IS TIMELY FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY.  IF NO RESPONSE IS TIMELY FILED, THE OBJECTION SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER SUSTAINING IT.

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this  Trustee 's Objection to the Proof of Claim filed by JEFFERSON CAPITAL SYSTEMS LLC ("Creditor") (Claim No.7).  Trustee would respectfully show the Court as follows:

1.  The Trustee files this Objection pursuant to 11 U.S.C. §502(b)(1) and FED. R. BANKR. P. 3002 and 3007.

2.  Creditor filed a  Proof of Claim No. 7 ("Claim") on April 29, 2026 in the amount of $11,908.29.

3.  Upon information and belief, the debt asserted by JEFFERSON CAPITAL SYSTEMS LLC is barred by the applicable statute of limitations.

4.  Under §502(b)(1), the claim should be disallowed because it is unenforceable against the Debtor.

WHEREFORE, Trustee prays that the Court DISALLOW Creditor 's Claim and for general relief.

Respectfully Submitted,

By:      /s/ Ethan S. Cartwright
          Ethan S. Cartwright, Staff Attorney
          Bar No. 24068273
          PAM BASSEL STANDING CHAPTER 13 TRUSTEE
          Bar No. 01344800
          860 Airport Freeway, Ste 150
          Hurst, TX 76054
          (817) 916-4710 Phone

## CERTIFICATE OF CONFERENCE

No conference was held prior to the filing of this objection because doing so is impracticable given the number of objections routinely filed by the Trustee.

By:     /s/ Ethan S. Cartwright
Ethan S. Cartwright

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
Ethan S. Cartwright

**CREDITOR**
JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD, MN 56302
*Sent Via First Class Mail*

TRUSTEE'S OBJECTION TO CLAIM

PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                              CASE NO.: 26-41123-ELM-13

**KORY WASHINGTON HINES**
**3211 LACKLAND RD 56**
**FORT WORTH, TX 76116**
**SSN/TIN: XXX-XX-6059**
**AKA: KORY W HINES**


**DEBTOR**                                        **HEARING: JULY  2, 2026 AT 8:30 AM**

### NOTICE OF HEARING ON OBJECTION TO PROOF OF CLAIM

NO HEARING WILL CONDUCTED ON THIS OBJECTION TO CLAIM UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS AT LEAST 30 DAYS FROM THE DATE OF SERVICE.  IF NO RESPONSE IS TIMELY FILED, THE OBJECTION SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER SUSTAINING IT.

    If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX  76102-3643 with a hearing following docket call.


**Attend by WebEx Video:**                          **Attend by WebEx Telephone:**

Link: https://us−courts.webex.com/meet/morris       Dial In: 1.650.479.3207
                                                    Meeting ID: 2309-445-3213


                                                     Respectfully Submitted,

                                          By:   /s/ Ethan S. Cartwright
                                                Ethan S. Cartwright, Staff Attorney
                                                Bar No. 24068273
                                                PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                Bar No. 01344800
                                                860 Airport Freeway, Ste 150
                                                Hurst, TX 76054
                                                (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
Ethan S. Cartwright

**CREDITOR**
JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD, MN 56302
*Sent Via First Class Mail*

TRUSTEE'S OBJECTION TO CLAIM