Misty  Vene Sheffield
State Bar No. 24067034
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **KORY WASHINGTON HINES** | § | **CASE NO. 26-41123-ELM-13** |
| | § | |
| | § | |
| **Debtor(s)** | § | **CHAPTER 13** |
| | § | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE:**

**The address of KORY WASHINGTON HINES has changed to:**

**2008 Poplar St**
**Texarkana, TX 75501**

**all future communication and documents should be forwarded to the new address.**

**DATE:** May 18, 2026

Respectfully Submitted,

/s/ Misty  Vene Sheffield
Misty  Vene Sheffield
State Bar No. 24067034
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR