Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Lackland Garden, LTD

# United States Bankruptcy Court
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Kory Washington Hines,<br><br>Debtor. | Case No. 26-41123<br><br>Chapter 13 |

### NOTICE OF WITHDRAWAL OF CREDITOR'S OBJECTION
### TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Lackland Garden, LTD ("Creditor"), by and through its undersigned counsel, hereby files this *Notice of Withdrawal of its Objection to Confirmation of the Debtor's Chapter 13 Plan*, and respectfully represents as follows:

1.    On April 2, 2026, Creditor filed its Objection to Confirmation of the Debtor's Chapter 13 Plan (the "Objection") (Dkt. 14). The Objection primarily concerned the Debtor's treatment of the residential lease agreement for the property located at 3211 Lackland Road, Unit 56, Fort Worth, Texas.

2.    On May 5, 2026, this Court entered an Order granting Creditor's Motion for Relief from the Automatic Stay (Dkt. 22) regarding the aforementioned leased premises.

3.    Subsequent to the entry of the Order granting relief from the stay, the Debtor vacated and surrendered possession of the leased premises to the Creditor.

4.      Because the Debtor has vacated the premises and no longer resides in the apartment, the

issues raised in Creditor's Objection to Confirmation regarding the lease cure and maintenance

provisions are now moot.

5.      Accordingly, Creditor hereby WITHDRAWS its Objection to Confirmation of the Chapter

13 Plan, without prejudice to Creditor's right to file an administrative expense claim or a general

unsecured proof of claim for any post-petition or pre-petition damages, rent, or fees owed.


Respectfully submitted:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Lackland Garden, LTD


## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing document was
served to all parties receiving notice electronically in this case via the CM/ECF system.

    /s/ Clayton L. Everett
        Clayton L. Everett


26-41123-elm13, Notice of Withdrawal of Objection