ALLMAND LAW FIRM, P.L.L.C
860 Airport Freeway, Ste 401
Hurst TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR(S)


## IN THE UNITED STATES BANKRUPTCY
## COURT OF NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | § |
| Kory Hines | § CASE NO. 26-41123 |
| | § |
| | § CHAPTER 13 |
| Debtor(s) | § |

## DEBTOR'S DECLARATION REGARDING FILING OF
## INCOME TAX RETURNS

My name is Kory Hines, I am over eighteen (18) years of age; of sound mind; I am capable of making this declaration; and I am fully competent to testify to the matters stated herein.  I am familiar with the facts stated herein, and make this declaration in support thereof.

I, filed a voluntary petition for relief under 13 of the Bankruptcy Code in the above referenced case.

I certify that I am not required to file an Income Tax Return with the Internal Revenue Service due to the nature and amount of my income for the following years: 2024, 2025

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Signed on the ___02 / 26 / 2026___

_____
Kory Hines

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
**JSBWC-TQNYF-UCITC-YCQSA**

DOCUMENT COMPLETED BY ALL PARTIES ON
**26 FEB 2026 17:09:29
UTC**

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **KORY HINES** | SENT<br>**24 FEB 2026 18:49:40** | |
| EMAIL<br>**KORYHINES44@GMAIL.COM** | VIEWED<br>**26 FEB 2026 17:09:10** | |
| | SIGNED<br>**26 FEB 2026 17:09:29** | |

*Kory Hines*

IP ADDRESS
**107.116.157.64**

LOCATION
**DALLAS, UNITED STATES**

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**26 FEB 2026 17:09:10**



**Signed with PandaDoc**