PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**                                                                                      **CASE NO.:  26-41123-ELM-13**

**KORY WASHINGTON HINES**
    AKA: KORY W HINES
    2008 POPLAR ST
    TEXARKANA, TX 75501
    SSN/TIN: XXX-XX-6059

**DEBTOR**                                                                      **HEARING: JULY  2, 2026 at 8:30 AM**

<u>**NOTICE OF CONTINUED HEARING ON CONFIRMATION OF CHAPTER 13 PLAN**</u>

A previously scheduled hearing for this matter has been continued.

Respectfully submitted,

By:   <u>/s/ Ethan S. Cartwright</u>
     Ethan S. Cartwright, Staff Attorney
     Bar No. 24068273
     PAM BASSEL STANDING CHAPTER 13 TRUSTEE
     Bar No. 01344800
     860 Airport Freeway, Ste 150
     Hurst, TX 76054
     (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the  Debtor and the parties listed below, if any.

By:   <u>/s/ Ethan S. Cartwright</u>
     Ethan S. Cartwright

KORY WASHINGTON HINES
2008 POPLAR ST
TEXARKANA, TX 75501