**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                          CASE NO.: 26-41123-ELM-13

**KORY WASHINGTON HINES**
　　AKA: KORY W HINES
　　2008 POPLAR ST
　　TEXARKANA, TX 75501
　　SSN/TIN: XXX-XX-6059

**DEBTOR**                                          **HEARING: JULY  2, 2026 AT 8:30 AM**

**TRUSTEE'S MOTION TO DISMISS CASE FOR CAUSE AND NOTICE OF HEARING**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

　　NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Motion to Dismiss Case for Cause under 11 U.S.C. § 1307 and Fed. R. Bank. P. 9014.  Trustee would respectfully show the Court:

1.  The Court has jurisdiction, and this is a core proceeding. [1]

2.  This case should be dismissed under § 1307 because the delay in confirming Debtor's Chapter 13 Plan is unreasonable and prejudicial to creditors.

　　WHEREFORE, Trustee prays that Trustee's Motion to Dismiss Case for Cause be GRANTED and for general relief

Respectfully submitted,

By:　/s/ Ethan S. Cartwright
　　Ethan S. Cartwright, Staff Attorney
　　Bar No. 24068273
　　PAM BASSEL STANDING CHAPTER 13 TRUSTEE
　　Bar No. 01344800
　　860 Airport Freeway, Ste 150
　　Hurst, TX 76054
　　(817) 916-4710 Phone

[1]  11 U.S.C. § 105 & 28 U.S.C. §§ 157(b) & 1334

## NOTICE OF HEARING

This matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, Tx 76102-3643 with a hearing following docket call.  YOU DO NOT HAVE TO ATTEND THE HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE.

**Attend by WebEx Video:**

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone:**

Dial In: 1.650.479.3207
Meeting ID: 2309-445-3213

By:     /s/ Ethan S. Cartwright
        Ethan S. Cartwright

### CERTIFICATE OF SERVICE

I certify that a true and copy of the foregoing was served on or before the date of fling.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
        Ethan S. Cartwright

KORY WASHINGTON HINES
2008 POPLAR ST
TEXARKANA, TX  75501