

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 9, 2026**                                        _____

**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:                                                                    CASE NO.:   26-41123-ELM-13

**KORY WASHINGTON HINES**
        AKA: KORY W HINES
        2008 POPLAR ST
        TEXARKANA, TX 75501
        SSN/TIN: XXX-XX-6059

**DEBTOR**

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO PROOF OF CLAIM

        CAME ON for consideration the Trustee's Objection to Proof of Claim Court Claim No. 7.  The Court FINDS that notice was appropriate under the circumstances.  The Court is of the opinion that the Objection should be SUSTAINED based on:

        the Party's failure to file a timely response.

        IT IS THEREFORE ORDERED that Court Claim No. 7 of JEFFERSON CAPITAL SYSTEMS LLC is DISALLOWED.

###END OF ORDER###