United States Bankruptcy Court

Northern District of Texas

In re:                                                                                                     Case No. 26-41123-elm

Kory Washington Hines                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                               User: admin                                      Page 1 of 2

Date Rcvd: Jun 09, 2026                        Form ID: BTXN176                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

**Recip ID              Recipient Name and Address**
db                 +  Kory Washington Hines, 2008 Poplar St, Texarkana, TX 75501-4655

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

**Name                          Email Address**

Clayton Everett
                              on behalf of Creditor Lackland Garden  LTD clayton@norredlaw.com,
                              clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.
                              com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Misty Vene Sheffield
                              on behalf of Debtor Kory Washington Hines msheffield@allmandlaw.com
                              dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notificatio
                              ns.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net

Pam Bassel
                              fwch13cmecf@fwch13.com

Stephen Wilcox
                              on behalf of Creditor Arivo Acceptance LLC kraudry@wilcoxlaw.net
                              swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

United States Trustee

District/off: 0539-4                                  User: admin                                      Page 2 of 2
Date Rcvd: Jun 09, 2026                              Form ID: BTXN176                                 Total Noticed: 1

ustpregion06.da.ecf@usdoj.gov


TOTAL: 5

BTXN 176 (rev. 12/24)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | § | |
| Kory Washington Hines | § | Case No.:   26–41123–elm13 |
| | § | Chapter No.:   13 |
| Debtor(s) | § | |

## NOTICE OF REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION FOR COURSE IN PERSONAL FINANCIAL MANAGEMENT

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 13 (11 USC § 1328). Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must file a certificate of course completion issued by the provider, as described in 11 U.S.C. § 111.*

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that a certificate of course completion issued by the provider must be filed before a discharge can be entered. The certificate of course completion must be filed no later than the date when the last payment was made by the debtor as required by the plan or the filing of a motion for a discharge under § 1328(b) of the Code.

Failure to file the certificate of course completion will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the certificate of course completion, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED:  6/8/26                    FOR THE COURT:
                                   Stephen J Manz, Clerk of Court

*NOTE: A certificate of course completion issued by the provider must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).*