United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 26-41123-elm |
| Kory Washington Hines | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 06, 2026 | Form ID: pdf022 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kory Washington Hines, 2008 Poplar St, Texarkana, TX 75501-4655 |
| 23277497 | + | Allstate Insurance Company, 2014 FM 407 Ste.106, Highland Village, TX 75077-7182 |
| 23283212 | + | Arivo Acceptance LLC, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |
| 23277501 | + | Boost Mobile, PO Box 6463, Carol Stream, IL 60197-6463 |
| 23305264 | + | Lackland Garden LTD, 3223 Lackland Road, Fort Worth, TX 76116-5306 |
| 23277510 | + | Lackland Garden, LTD, 3045 Lackland Rd, Fort Worth, TX 76116-4121 |
| 23277516 | + | Sergio L De Leon, Justice of the Peace Precinct Five, 401 W. Belnap Street Room B060, Fort Worth, TX 76196-0200 |
| 23277520 | + | United States Attorney - NORTH, 1100 Commerce St, 3rd Floor, Dallas, TX 75242-1074 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23277496 | | Email/Text: clerk@allmandlaw.com | Jul 07 2026 00:08:00 | Allmand Law Firm, PLLC, 860 Airport Fwy Ste 401, Hurst, TX 76054-3264 |
| 23278113 | + | Email/Text: bankruptcy@arivo.com | Jul 07 2026 00:09:00 | ARIVO ACCEPTANCE LLC, 4770 S 5600 W STE#200, WEST VALLEY CITY, UT 84118-7445 |
| 23277498 | + | Email/Text: bankruptcy@arivo.com | Jul 07 2026 00:08:00 | Arivo Acceptance, 102 W Motor Park Ave, Sandy, UT 84070-4383 |
| 23277499 | + | Email/Text: CSD-BankSO@oag.texas.gov | Jul 07 2026 00:08:00 | Attorney General of Texas, Bankruptcy Collection Division, PO Box 12017, Austin, TX 78711-2017 |
| 23277500 | ^ | MEBN | Jul 07 2026 00:04:59 | Automax Arlington, Attn: Bankruptcy, 200 N Collins St, Arlington, TX 76011-7318 |
| 23277502 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 00:13:40 | Capital One, By American InfoSource, PO Box 71083, Charlotte, NC 28272-1083 |
| 23277503 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jul 07 2026 00:09:00 | Chime, P.O. Box 417, San Francisco, CA 94104-0417 |
| 23277504 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jul 07 2026 00:09:00 | Chimefinal, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 23277505 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 07 2026 00:13:51 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 23277506 | + | Email/Text: ANGIES@GENESISCRED.COM | Jul 07 2026 00:09:00 | Genesis Credit Management, PO Box 3630, Everett, WA 98213-8630 |
| 23277507 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 07 2026 00:08:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64444, Saint Paul, MN 55164-0444 |
| 23277508 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2026 00:09:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23336643 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

District/off: 0539-4                              User: admin                                    Page 2 of 3

Date Rcvd: Jul 06, 2026                          Form ID: pdf022                                 Total Noticed: 37

|  |  |  | Jul 07 2026 00:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 23277509 | + | Email/PDF: koryhines44@gmail.com | Jul 07 2026 00:08:00 | Kory Washington Hines, 3211 Lackland Road 56, Fort Worth, TX 76116-5316 |
| 23283874 |  | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 00:13:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23277511 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 00:09:00 | Linebarger Goggan Blair & Sampson, LLP, 3500 Maple Ave Suite 800, Dallas, TX 75219-3959 |
| 23277512 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 00:13:51 | Lvnv Funding Llc, Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 23277513 |  | Email/Text: bankruptcy@nationalcreditsystems.com | Jul 07 2026 00:08:00 | National Credit Systems, Inc., 3750 Naturally Fresh Blvd, Atlanta, GA 30349 |
| 23277514 |  | Email/Text: clientservices@nsbi.net | Jul 07 2026 00:08:00 | National Service Bureau, PO Box 747, Bothell, WA 98041-0747 |
| 23277515 | + | Email/Text: bankruptcy@ntta.org | Jul 07 2026 00:09:00 | NTTA (Bankruptcy), PO Box 660244, Dallas, TX 75266-0244 |
| 23330895 | + | Email/Text: bankruptcy@ntta.org | Jul 07 2026 00:09:00 | North Texas Tollway Authority, 5900 W. Plano Pkwy, Attn: Legal/Bankruptcy, Plano, TX 75093-4695 |
| 23356936 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 07 2026 00:13:50 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 23305391 |  | Email/Text: bankruptcy@springoakscapital.com | Jul 07 2026 00:08:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 23277517 |  | Email/Text: bankruptcy@sunbit.com | Jul 07 2026 00:08:00 | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy PO Box 24, Los Angeles, CA 90024 |
| 23277518 | + | Email/Text: bankruptcy@sw-credit.com | Jul 07 2026 00:09:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 23277519 | ^ | MEBN | Jul 07 2026 00:05:09 | Texas Alcoholic Beverage Comm, Alcoholic Beverage Sales Tax, P.O. Box 12548, Austin, TX 78711-2548 |
| 23281666 |  | Email/Text: collections.pacer@twc.texas.gov | Jul 07 2026 00:09:00 | Texas Workforce Commission, Collections and Civil Actions Dept., Special Actions Unit - OPB,, 101 E. 15th Street, Room 556,, Austin, TX 78778-0001 |
| 23277522 | ^ | MEBN | Jul 07 2026 00:04:10 | US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0009 |
| 23277521 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jul 07 2026 00:09:00 | United States Trustee-North, 1100 Commerce St. Room 976, Dallas, TX 75242-0996 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0539-4                        User: admin                                    Page 3 of 3
Date Rcvd: Jul 06, 2026                     Form ID: pdf022                                 Total Noticed: 37

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Clayton Everett

on behalf of Creditor Lackland Garden  LTD clayton@norredlaw.com,
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Misty Vene Sheffield

on behalf of Debtor Kory Washington Hines msheffield@allmandlaw.com
dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net

Pam Bassel

fwch13cmecf@fwch13.com

Stephen Wilcox

on behalf of Creditor Arivo Acceptance LLC kraudry@wilcoxlaw.net
swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov


TOTAL: 5





**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 6, 2026**

_____
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**                                                                **CASE NO.: 26-41123-ELM-13**
   **KORY WASHINGTON HINES**
      AKA: KORY W HINES
      2008 POPLAR ST
      TEXARKANA, TX 75501
      SSN/TIN: XXX-XX-6059

**DEBTOR**

### ORDER DISMISSING CHAPTER 13 CASE PURSUANT TO GENERAL ORDER  (14 DAY NOI-$)

On certification of the Standing Chapter 13 Trustee, as evidenced by the signature below, the Debtor failed to timely pay the Trustee Payments specified in the Debtor's Plan. Fourteen (14) days' written notice of such failure was given to Debtor and the Attorney of the Debtor, if any, prior to submission hereof.  The Court is of the opinion that the Notice of Intent to Dismiss should be GRANTED based on:

The Parties' announcement of no opposition at or prior to docket call.

IT IS THEREFORE ORDERED that this case is hereby DISMISSED without prejudice PROVIDED that if, within fourteen (14) days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismissal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after notice and a hearing, to grant the relief sought in said motion in whole or in part.

IT IS FURTHER ORDERED that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

**THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

### END OF ORDER

APPROVED:

/s/ Pam Bassel
Pam Bassel
_____
Standing Chapter 13 Trustee