United States Bankruptcy Court
Northern District of Texas

In re: Case No. 26-41123-elm
Kory Washington Hines Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 3
Date Rcvd: Sep 09, 2026 Form ID: pdf013 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kory Washington Hines, 2008 Poplar St, Texarkana, TX 75501-4655 |
| 23277497 | + | Allstate Insurance Company, 2014 FM 407 Ste.106, Highland Village, TX 75077-7182 |
| 23283212 | + | Arivo Acceptance LLC, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |
| 23305264 | + | Lackland Garden LTD, 3223 Lackland Road, Fort Worth, TX 76116-5306 |
| 23277510 | + | Lackland Garden, LTD, 3045 Lackland Rd, Fort Worth, TX 76116-4121 |
| 23277516 | + | Sergio L De Leon, Justice of the Peace Precinct Five, 401 W. Belnap Street Room B060, Fort Worth, TX 76196-0200 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23277496 | | Email/Text: clerk@allmandlaw.com | Sep 09 2026 22:29:00 | Allmand Law Firm, PLLC, 860 Airport Fwy Ste 401, Hurst, TX 76054-3264 |
| 23278113 | + | Email/Text: bankruptcy@arivo.com | Sep 09 2026 22:29:00 | ARIVO ACCEPTANCE LLC, 4770 S 5600 W STE#200, WEST VALLEY CITY, UT 84118-7445 |
| 23277498 | + | Email/Text: bankruptcy@arivo.com | Sep 09 2026 22:28:00 | Arivo Acceptance, 102 W Motor Park Ave, Sandy, UT 84070-4383 |
| 23277499 | + | Email/Text: CSD-BankSO@oag.texas.gov | Sep 09 2026 22:29:00 | Attorney General of Texas, Bankruptcy Collection Division, PO Box 12017, Austin, TX 78711-2017 |
| 23277500 | ^ | MEBN | Sep 09 2026 22:26:18 | Automax Arlington, Attn: Bankruptcy, 200 N Collins St, Arlington, TX 76011-7318 |
| 23277501 | ^ | MEBN | Sep 09 2026 22:26:42 | Boost Mobile, PO Box 6463, Carol Stream, IL 60197-6463 |
| 23277502 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2026 22:32:11 | Capital One, By American InfoSource, PO Box 71083, Charlotte, NC 28272-1083 |
| 23277503 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 09 2026 22:29:00 | Chime, P.O. Box 417, San Francisco, CA 94104-0417 |
| 23277504 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 09 2026 22:29:00 | Chimefinal, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 23277505 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 09 2026 22:46:14 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 23277506 | + | Email/Text: ANGIES@GENESISCRED.COM | Sep 09 2026 22:29:00 | Genesis Credit Management, PO Box 3630, Everett, WA 98213-8630 |
| 23277507 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 09 2026 22:29:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64444, Saint Paul, MN 55164-0444 |
| 23277508 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2026 22:29:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 23336643 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2026 22:30:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 23277509 | + | Email/PDF: koryhines44@gmail.com | Sep 09 2026 22:28:00 | Kory Washington Hines, 3211 Lackland Road 56, Fort Worth, TX 76116-5316 |
| 23283874 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 22:46:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23277511 | + | Email/Text: dallas.bankruptcy@LGBS.com | Sep 09 2026 22:30:00 | Linebarger Goggan Blair & Sampson, LLP, 3500 Maple Ave Suite 800, Dallas, TX 75219-3959 |
| 23277512 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 22:46:12 | Lvnv Funding Llc, Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 23277513 | | Email/Text: bankruptcy@nationalcreditsystems.com | Sep 09 2026 22:29:00 | National Credit Systems, Inc., 3750 Naturally Fresh Blvd, Atlanta, GA 30349 |
| 23277514 | | Email/Text: clientservices@nsbi.net | Sep 09 2026 22:29:00 | National Service Bureau, PO Box 747, Bothell, WA 98041-0747 |
| 23277515 | + | Email/Text: bankruptcy@ntta.org | Sep 09 2026 22:30:00 | NTTA (Bankruptcy), PO Box 660244, Dallas, TX 75266-0244 |
| 23330895 | + | Email/Text: bankruptcy@ntta.org | Sep 09 2026 22:30:00 | North Texas Tollway Authority, 5900 W. Plano Pkwy, Attn: Legal/Bankruptcy, Plano, TX 75093-4695 |
| 23356936 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2026 22:32:16 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 23305391 | | Email/Text: bankruptcy@springoakscapital.com | Sep 09 2026 22:29:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 23277517 | | Email/Text: bankruptcy@sunbit.com | Sep 09 2026 22:29:00 | Sunbit Financial, Sunbit, Inc., Attn: Bankruptcy PO Box 24, Los Angeles, CA 90024 |
| 23277518 | + | Email/Text: bankruptcy@sw-credit.com | Sep 09 2026 22:30:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 23277519 | ^ | MEBN | Sep 09 2026 22:26:06 | Texas Alcoholic Beverage Comm, Alcoholic Beverage Sales Tax, P.O. Box 12548, Austin, TX 78711-2548 |
| 23281666 | | Email/Text: collections.pacer@twc.texas.gov | Sep 09 2026 22:30:00 | Texas Workforce Commission, Collections and Civil Actions Dept., Special Actions Unit - OPB,, 101 E. 15th Street, Room 556,, Austin, TX 78778-0001 |
| 23277522 | ^ | MEBN | Sep 09 2026 22:25:12 | US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0009 |
| 23277520 | + | Email/Text: usatxn.bankruptcynotices@usdoj.gov | Sep 09 2026 22:30:00 | United States Attorney - NORTH, 1100 Commerce St, 3rd Floor, Dallas, TX 75242-1074 |
| 23277521 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 09 2026 22:29:00 | United States Trustee-North, 1100 Commerce St. Room 976, Dallas, TX 75242-0996 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lackland Garden, LTD, 3223 Lackland Road, Fort Worth, TX 76116-5306 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Creditor Lackland Garden LTD clayton@norredlaw.com, clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Misty Vene Sheffield | on behalf of Debtor Kory Washington Hines msheffield@allmandlaw.com dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| Pam Bassel (Hurst) | fwch13cmecf@fwch13.com |
| Stephen Wilcox | on behalf of Creditor Arivo Acceptance LLC kraudry@wilcoxlaw.net swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 5

Pam Bassel
Chapter 13 Standing Trustee
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In Re: Case No: 26-41123-ELM

Kory Washington Hines

Debtor

---

**NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE**

---

Notice is hereby given pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 5009 that Pam Bassel, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered. The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas 76102-3643 and is available for review. A summary of the report is as follows:

| | |
|---|---|
| Net Receipts | $420.00 |
| Administrative Disbursements * | $243.62 |
| Debtor Refund Disbursements | $0.00 |
| Secured Disbursements | $176.38 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $0.00 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

Total Disbursements $420.00

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

/s/ Pam Bassel
Standing Chapter 13 Trustee